UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 3:08-CR-0115 DCB JCS

ARLESIA BRINSON and
PIERRE HICKS

## ORDER OF DISMISSAL OF INDICTMENT AS TO DEFENDANT PIERRE HICKS WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment against defendant PIERRE HICKS without prejudice.

    Respectfully submitted,

    STAN HARRIS
    United States Attorney

    /s/Dave Fulcher
By:    DAVE FULCHER
    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the indictment as to defendant PIERRE HICKS without prejudice.

SO ORDERED, this the ___7th___ day of ___October___, 2009.

    s/ David Bramlette
    HONORABLE DAVID C. BRAMLETTE III
    UNITED STATES DISTRICT JUDGE